# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a/ INTEGRATED SPORTS MEDIA, | Civil Action No. 19-10208 (SRC) |
| Plaintiff, | **ORDER** |
| v. | |
| EDGARDO MEDINA, Individually, and as officer, director, shareholder, principal, manager and/or member of DELIZIOSO PIZZA GRILLE & RESTAURANT LLC, d/b/a DELIZIOSO RESTAURANT et al., | |
| Defendants. | |

**CHESLER**, District Judge

This matter comes before the Court upon the filing by Plaintiff, Innovative Sports Management, Inc., d/b/a Integrated Sports Media ("Plaintiff"), on a motion for default judgment. Defendants, Edgardo Medina, individually, and as officer, director, shareholder, principal, manager and/or member of Delizioso Pizza Grille & Restaurant LLC, d/b/a Delizioso Restaurant, and Delizioso Pizza Grille & Restaurant LLC, d/b/a Delizioso Restaurant (collectively, "Defendants"), did not file opposition. For the reasons that follow, the Court will grant Plaintiff's motion for default judgment.

This matter having come before this Court on the motion for entry of default judgment, pursuant to Federal Rule of Civil Procedure 55(b), by, Innovative Sports Management, Inc., d/b/a

1

Integrated Sports Media; and the Court having considered Plaintiff's submission; and for the reasons stated in the accompanying Opinion, and good cause appearing;

**IT IS** on this 22nd day of October, 2019

**ORDERED** that Plaintiff's motion for entry of default judgment (Docket Entry No. 10) is **GRANTED**; and it is further

**ORDERED** that, pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), Plaintiff is awarded a judgment against Defendants Edgardo Medina, individually, and as officer, director, shareholder, principal, manager and/or member of Delizioso Pizza Grille & Restaurant LLC, d/b/a Delizioso Restaurant, and Delizioso Pizza Grille & Restaurant LLC, d/b/a Delizioso Restaurant ("Defendants"), jointly, in the amount of $3,250.00; and it is further

**ORDERED** that, pursuant to 17 U.S.C. § 504(c)(1), Plaintiff is awarded a judgment against Defendants, jointly, in the amount of $3,250.00; and it is further

**ORDERED** that, pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) and 17 U.S.C. § 505, Plaintiff is awarded a judgment against Defendants, jointly, in the amount of $2,934.89, for attorneys' fees and costs; and it is further

**ORDERED** that this case be and hereby is **CLOSED**.

                                                  s/ Stanley R. Chesler
                                                  STANLEY R. CHESLER
                                                  United States District Judge